UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MCKINLEY,

                Petitioner

    -against-

PEOPLE OF THE STATE OF NEW YORK
and THE SUPREME COURT,

                Respondent.

17 Civ. 214 (LAP) (BCM)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On November 22, 2019, United States Magistrate Judge Barbara Moses issued a thorough Report and Recommendation [dkt. no. 13] recommending that the Court deny Petitioner Christopher McKinley's petition [dkt. no. 1] for a writ of habeas corpus under 28 U.S.C. § 2254 in its entirety.  The parties were given fourteen days to file objections to the Report and Recommendation; no objections have been filed.  When no objections to a Report and Recommendation are timely made, the "district court need only satisfy itself that there is no clear error on the face of the record."  Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).  The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Moses's Report and Recommendation in its entirety as the opinion of the Court.

Mr. McKinley's habeas corpus petition is therefore DENIED. Finding that Mr. McKinley has not demonstrated a denial of a constitutional right, a certificate of appealability is DENIED.

The Court of Court shall mark this action closed.

**SO ORDERED.**

Dated:   New York, New York
         March 31, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge